NORMAN STRYKER v. JOHN DALE SEIP.

November 12, 1985.

Petition for certification denied.

PETER SCHER AND ELVIRA SCHER v. OCEAN COUNTY
UTILITIES AUTHORITY.

November 12, 1985.

Petition for certification granted.

STATE OF NEW JERSEY v. RONALD HARMON.

November 12, 1985.

Petition for certification granted.   (See 203 *N.J.Super.* 216)

CECILIA BEYER v. PORTER–HAYDEN.

November 12, 1985.

Petition for certification granted.